# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1978, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112)

AO-10
Rev. 1 92

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAuliffe, Steven J. | United States District Court District of New Hampshire | September 9, 1992 |

| 4. Title (Article III judges indicate active or senior status. Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judicial Nominee | X Nomination, Date ___ ___ Initial ___ Annual ___ Final | January 1, 1991 to September 9, 1992 |

| 7. Chambers or Office Address |
|---|
| Gallagher, Callahan & Gartrell, P.A. P.O. Box 1415 214 North Main Street Concord, New Hampshire 03302-1415 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts, checking the** NONE **box for each section where you have no reportable information.** *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

[See Attached Sheet]

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

February 21, 1992 — Steven J. McAuliffe and Gallagher, Callahan & Gartrell, P.A.; Employment Agreement; provides for deferred compensation on the average base salary and bonus for the three most recent years, payable over ten years.

September, 1980 — Gallagher, Callahan & Gartrell, P.A. Profit Sharing Plan - vested interest to be withdrawn following confirmation.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| | DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | | ☐ NONE (No reportable non-investment income) | |
| 1 | 1991/1992 | (S) Concord Union School District - Teacher Comp. | (S) |
| 2 | 1992 (Partial) | Gallagher, Callahan & Gartrell, P.A.-Salary&Bonus Atty. | $ 52,214.80 (Gross |
| 3 | 1991 | Gallagher, Callahan & Gartrell, P.A.-Salary&Bonus Atty. | 139,223.00 (Gross |
| 4 | 1990 | Gallagher, Callahan & Gartrell, P.A.-Salary&Bonus Atty. | $ 143,060.00 (Gross |
| 5 | 1990 | CMD Partnership - Real Estate (law firm) | 5,288.00 (Gross |
| 6 | 1991 | CMD Partnership - Real Estate (law firm) | $ 9,819.00 (Gross |
| 4 | | | $ |
| 5 | | | $ |

Digitized by Google

# 785

Steven J. McAuliffe
Date: September 9, 1992
FINANCIAL DISCLOSURE REPORT

I.  POSITIONS.   (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION                        NAME OR ORGANIZATION/ENTITY

|___|   NONE  (No reportable positions)

1.  Shareholder/Director        Gallagher, Callahan & Gartrell, P.A.
                                214 North Main Street
                                Concord, New Hampshire 03301

2.  Partner                     UTP Real Estate Partnership
                                214 North Main Street
                                Concord, New Hampshire 03301

3.  Partner                     CMD Real Estate Partnership
                                214 North Main Street
                                Concord, New Hampshire 03301

4.  Shareholder (25%)           78 Mike, Inc.
                                c/o Jeffrey Towle
                                Davis, Towle, Gearan & Truncellito
                                115 Airport Road
                                Concord, New Hampshire 03302-1235

5.  Director/Clerk              N.H. Office of Public Guardian
                                6 White Street
                                Concord, New Hampshire 03301

6.  Trustee                     University System of New Hampshire
    Vice-Chairman of the Board  Dunlap Center
                                Durham, New Hampshire 03824

7.  Trustee                     N.H. Medical Malpractice Stabilization
    Chairman of the Board           Reserve Fund Trust
                                c/o Robert M. Solitro, Treasurer
                                New Hampshire Insurance Department
                                Concord, New Hampshire 03301

8.  Immediate Past President    New Hampshire Bar Association
                                112 Pleasant Street
                                Concord, New Hampshire 03301

9.  Director                    New Hampshire Bar Foundation, Inc.
    Fellow                      112 Pleasant Street
                                Concord, New Hampshire 03301

10. Director                    Challenger Center for Space Science
    Clerk                           Education
                                1055  North Fairfax Street, Suite 100
                                Alexandria, Virginia 22314

11. Director                    New Hampshire Center for Character
                                    and Citizenship Education
                                c/o Stephen E. Merrill, Esquire
                                Merrill & Broderick
                                707 Chestnut Street
                                Manchester, New Hampshire 03101

12. Director                    New Hampshire DLC
                                    (Democratic Leadership Council, Inc.)
                                c/o John T. Broderick, Jr., President
                                43 Highcrest Road
                                Manchester, New Hampshire 03101

13. Custodian                   Agency Account
                                State Street Bank
                                For the Benefit of
                                Scott C. and Caroline C. McAuliffe

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Steven J. McAuliffe | Date of Report<br>September 9,<br>1992 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 12-14 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Steven J. McAuliffe | Date of Report<br>September 9,<br>1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-26 of Instructions.)

P.1

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code²<br>(J-P) | (4)<br>Gain<br>Code¹<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | EXEMPT | | |
| ¹NOW Acct., New Dartmouth Bank, Concord, N.H. | A | int | J | T | | | | | |
| ²NOW Acct., New Dartmouth (J) Bank, Concord, N.H. | A | int | J | T | | | | | |
| ³Note Receivable, Roger Jobin, Concord, N.H. | NONE | | K | T | | | | | . |
| ⁴Note Receivalbe/Mortgage Denis and Linda Maloney | NONE | | M | T | | | | | |
| ⁵IRA, PaineWebber 1/ Concord, N.H. | B | int | K | T | | | | | |
| ⁶Gallagher, Callahan&Gartrell Profit Sharing Plan 1/ Concord, N.H. | B | int/div | L | T | | | | | |
| ⁷ (DC)(Reporter)Annuities 2/ | E | Distrib | P | T | | | | | |
| ⁸ STOCKS/BONDS | | | | | | | | | |
| ⁹ Loral Corp Com | A | div | J | T | | | | | |
| ¹⁰ Westinghouse Electric Corp Com | A | div | J | T | | | | | |
| ¹¹ Hanson PLC | A | div | J | T | | | | | |
| ¹² Conagra Inc Com | A | div | K | T | | | | | |
| ¹³ American Express Co Inc Com | A | div | J | T | | | | | |
| ¹⁴ Public Svc Enterprise Group Inc Com | A | div | J | T | | | | | |
| ¹⁵ Union Carbide Corp Sub Deb Conv | B | int | J | T | | | | | |
| ¹⁶ American Tel & Tel Co Cap | A | div | J | T | | | | | |
| ¹⁷ M C I Communications Corp Com | A | div | J | T | | | | | |
| ¹⁸ Waste Management Inc Com | A | div | J | T | | | | | |
| ¹⁹ Boeing Co Com | A | div | J | T | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A = $1,000 or less<br>E = $15,001 to $50,000 | B = $1,001 to $2,500<br>F = $50,001 to $100,000 | C = $2,501 to $5,000<br>G = $100,001 to $1,000,000 | D = $5,001 to $15,000<br>H = More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J = $15,000 or less<br>N = $250,001 to $500,000 | K = $15,001 to $50,000<br>O = $500,001 to $1,000,000 | L = $50,001 to $100,000<br>P = More than $1,000,000 | M = $100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q = Appraisal<br>U = Book Value | R = Cost (real estate only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Steven J. McAuliffe | September 9, 1992 |

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-26 of Instructions.)

P.2

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | EXEMPT | |
| ¹United Technologies Corp Com | A | div | K | T | | | | | |
| ²Intl Business Machines Corp Cap | A | div | J | T | | | | | |
| ³ Ingersoll Rand Co Com | A | div | J | T | | | | | |
| ⁴Great Lakes Chemical Corp Com | A | div | J | T | | | | | |
| ⁵ Union Camp Corp Com | A | div | J | T | | | | | |
| ⁶ Ryder System Inc Com | A | div | J | T | | | | | |
| ⁷Santa Fe Pac Pipeline Partners L P Pref Unit | B | div | J | T | | | | | |
| ⁸ Ford Motor Co Com | A | div | J | T | | | | | |
| ⁹ General Motors Corp Com | A | div | J | T | | | | | |
| ¹⁰ Dayton Hudson Corp Com | A | div | J | T | | | | | |
| ¹¹ Toys R Us Com | A | div | J | T | | | | | |
| ¹² Deluxe Corp Com | A | div | J | T | | | | | |
| ¹³ Interpublic Group Cos Inc Com | A | div | J | T | | | | | |
| ¹⁴ Carnival Cruise Lines Inc CL A | A | div | J | T | | | | | |
| ¹⁵ Eastman Kodak Company Com | A | div | J | T | | | | | |
| ¹⁶ Procter & Gamble Co Com | A | div | J | T | | | | | |
| ¹⁷ CPC International Inc Com | A | div | J | T | | | | | |
| ¹⁸ Sysco Corp Com | A | div | J | T | | | | | |
| ¹⁵ Bristol Myers Squibb Co Com | A | div | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A = $1,000 or less | B = $1,001 to $2,500 | C = $2,501 to $5,000 | D = $5,001 to $15,000 |
|---|---|---|---|---|
| | E = $15,001 to $50,000 | F = $50,001 to $100,000 | G = $100,001 to $1,000,000 | H = More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q = Appraisal | K = Cost (real estate only) | S = Assessment | T = Cash/Market |
| | U = Book Value | V = Other | W = Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS and TRUSTS—income, value, transactions
P.3 dependent children; see pp. 18-26 of instructions.

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions |
|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (3) Value Code (J-P) | (4) Value Method (Q-W) | |
| NONE (No reportable income, assets, or transactions) | | | | | |
| 1 Warner Lambert Co Com | A | div | J | T | |
| 2 Johnson & Johnson Co | A | div | J | T | |
| 3 Exxon Corp Cap | A | div | J | T | |
| 4 Schlumberger Ltd Com | A | div | J | T | |
| 5 Burlington Res Inc | A | div | J | T | |
| 6 Morgan J P & Co Inc Com | A | div | J | T | |
| 7 American International Group Inc Cap | A | div | J | T | |
| 8 New England Electric System Com | A | div | J | T | |
| 9 Bell Atlantic Corp Com | A | div | J | T | |
| 10 Nynex Corp Com | A | div | J | T | |
| 11 H & Q Health Care FD Sh Ben Int | A | div | J | T | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A = $1,000 or less  B = $1,001 to $2,500  E = $15,001 to $50,000  F = $50,001 to $100,000
2 Value Codes: (See Col. C1 & D3) J = $15,000 or less  K = $15,001 to $50,000  N = $250,001 to $500,000  O = $500,001 to $1,000,000
3 Value Method Codes: (See Col. C2) G = Appraisal  U = Book Value  R = Cost  V = Other

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Steven J. McAuliffe | Date of Report<br>September 9, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-26 of Instructions.)

P.2

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code²<br>(J-P) | (4)<br>Gain<br>Code¹<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | EXEMPT | |
| ¹United Technologies Corp Com | A | div | K | T | | | | | | |
| ²Intl Business Machines Corp Cap | A | div | J | T | | | | | | |
| ³ Ingersoll Rand Co Com | A | div | J | T | | | | | | |
| ⁴Great Lakes Chemical Corp Com | A | div | J | T | | | | | | |
| ⁵ Union Camp Corp Com | A | div | J | T | | | | | | |
| ⁶ Ryder System Inc Com | A | div | J | T | | | | | | |
| ⁷Santa Fe Pac Pipeline Partners L P Pref Unit | B | div | J | T | | | | | | |
| ⁸ Ford Motor Co Com | A | div | J | T | | | | | | |
| ⁹ General Motors Corp Com | A | div | J | T | | | | | | |
| ¹⁰ Dayton Hudson Corp Com | A | div | J | T | | | | | | |
| ¹¹ Toys R Us Com | A | div | J | T | | | | | | |
| ¹² Deluxe Corp Com | A | div | J | T | | | | | | |
| ¹³ Interpublic Group Cos Inc Com | A | div | J | T | | | | | | |
| ¹⁴ Carnival Cruise Lines Inc CL A | A | div | J | T | | | | | | |
| ¹⁵ Eastman Kodak Company Com | A | div | J | T | | | | | | |
| ¹⁶ Procter & Gamble Co Com | A | div | J | T | | | | | | |
| ¹⁷ CPC International Inc Com | A | div | J | T | | | | | | |
| ¹⁸ Sysco Corp Com | A | div | J | T | | | | | | |
| ¹⁹ Bristol Myers Squibb Co Com | A | div | J | T | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A = $1,000 or less<br>E = $15,000 to $50,000 | B = $1,001 to $2,500<br>F = $50,001 to $100,000 | C = $2,501 to $5,000<br>G = $100,001 to $1,000,000 | D = $5,001 to $15,000<br>H = More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J = $15,000 or less<br>N = $250,001 to $500,000 | K = $15,001 to $50,000<br>O = $500,001 to $1,000,000 | L = $50,001 to $100,000<br>P = More than $1,000,000 | M = $100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q = Appraisal<br>U = Book Value | R = Cost (real estate only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Steven J. McAuliffe | Date of Report<br>September 9, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-26 of Instructions.)
P.3

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | | |
| | | | | | | (2)<br>Month-Day | (3)<br>Date:<br>Value<br>Code²<br>(J-P) | (4)<br>Gain<br>Code¹<br>(A-H) | Ii | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | **EXEMPT** | | | | | **EXEMPT** | |
| 1  Warner Lambert Co Com | A | div | J | T | | | | | | | |
| 2  Johnson & Johnson Co | A | div | J | T | | | | | | | |
| 3  Exxon Corp Cap | A | div | J | T | | | | | | | |
| 4  Schlumberger Ltd Com | A | div | J | T | | | | | | | |
| 5  Burlington Res Inc | A | div | J | T | | | | | | | |
| 6  Morgan J P & Co Inc Com | A | div | J | T | | | | | | | |
| 7  American International Group Inc Cap | A | div | J | T | | | | | | | |
| 8  New England Electric System Com | A | div | J | T | | | | | | | |
| 9  Bell Atlantic Corp Com | A | div | J | T | | | | | | | |
| 10  Nynex Corp Com | A | div | J | T | | | | | | | |
| 11  H & Q Health Care FD Sh Ben Int | A | div | J | T | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A = $1,000 or less, B = $1,001 to $2,500, C = $2,501 to $5,000, D = $5,001 to $15,000, E = $15,001 to $50,000, F = $50,001 to $100,000, G = $100,001 to $1,000,000, H = More than $1,000,000
2 Value Codes: (See Col. C1 & D3) J = $15,000 or less, K = $15,001 to $50,000, L = $50,001 to $100,000, M = $100,001 to $250,000, N = $250,001 to $500,000, O = $500,001 to $1,000,000, P = More than $1,000,000
3 Value Method Codes: (See Col. C2) Q = Appraisal, R = Cost (real estate only), S = Assessment, T = Cash/Market, U = Book Value, V = Other, W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting Steven J. McAuliffe | Date of Report September 9, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-26 of Instructions.)

P.4

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | EXEMPT | | | | | EXEMPT | | |
| ¹ M C I Communications (DC) Corp Com | A | div | J | T | | | | | | |
| ² (DC)Waste Management Inc Com | A | div | J | T | | | | | | |
| ³ (DC) Dexter Corp Com | A | div | J | T | | | | | | |
| ⁴ Santa Fe Pac Pipeline (DC)Partners L P Pref Unit | A | div | J | T | | | | | | |
| ⁵ (DC)Woolworth Corp Com | A | div | J | T | | | | | | |
| ⁶ Carnival Cruise Lines (DC)Inc CL A | A | div | J | T | | | | | | |
| ⁷ Tele Communications (DC)Inc CL A | A | div | J | T | | | | | | |
| ⁸ Procter & Gamble (DC)Co Com | A | div | J | T | | | | | | |
| ⁹ (DC)Conagra Inc Com | A | div | J | T | | | | | | |
| ¹⁰ (DC)Warner Lambert Co Com | A | div | J | T | | | | | | |
| ¹¹ Occidental Pete (DC)Corp Com | A | div | J | T | | | | | | |
| ¹² (DC)Meditrust SH Ben Int | A | div | J | T | | | | | | |
| ¹³ American International (DC)Group Inc Cap | A | div | J | T | | | | | | |
| ¹⁴ (DC)Bell Atlantic Corp Com | A | div | J | T | | | | | | |
| ¹⁵ United States Treas (DC)NTS 7.125% | A | int | J | T | | | | | | |
| ¹⁶ State Street Bank (DC) IMMA | A | int | K | T | | | | | | |
| ¹⁷ M C I Communications (DC)Corp Com | A | div | J | T | | | | | | |
| ¹⁸ (DC)Waste Management Inc Com | A | div | J | T | | | | | | |
| ¹⁹ (DC)Dexter Corp Com | A | div | J | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A = $1,000 or less E = $15,000 to $50,000 | B = $1,001 to $2,500 F = $50,001 to $100,000 | C = $2,501 to $5,000 G = $100,001 to $1,000,000 | D = $5,001 to $15,000 H = More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J = $15,000 or less N = $250,001 to $500,000 | K = $15,001 to $50,000 O = $500,001 to $1,000,000 | L = $50,001 to $100,000 P = More than $1,000,000 | M = $100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q = Appraisal U = Book Value | R = Cost (real estate only) V = Other | S = Assessment W = Estimated | T = Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting Steven J. McAuliffe | Date of Report September 9, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-26 of Instructions.)

P.5

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | EXEMPT | | | | EXEMPT | | | |
| ¹ Santa Fe Pac Pipeline (DC)Partners L P Pref Unit | A | div | J | T | | | | | | |
| ² (DC)Toys R Us Com | A | div | J | T | | | | | | |
| ³ (DC)Woolworth Corp Com | A | div | J | T | | | | | | |
| ⁴ Carnival Cruise Lines (DC)Inc CL A | A | div | J | T | | | | | | |
| ⁵ Tele Communications (DC)Inc CL A | A | div | J | T | | | | | | |
| ⁶ Procter & Gamble (DC)Co Com | A | div | J | T | | | | | | |
| ⁷ (DC)Warner Lambert Co Com | A | div | J | T | | | | | | |
| ⁸ (DC)Occidental Pete Corp Com | A | div | J | T | | | | | | |
| ⁹ (DC)Schlumberger LTD Com | A | div | J | T | | | | | | |
| ¹⁰ (DC)Meditrust Sh Ben Int | A | div | J | T | | | | | | |
| ¹¹ American International (DC)Group Inc Cap | A | div | J | T | | | | | | |
| ¹² (DC)Bell Atlantic Corp Com | A | div | J | T | | | | | | |
| ¹³ (DC)United States Treas NTS | A | int | J | T | | | | | | |
| ¹⁴ (DC)State Street Bank Imma | A | int | K | T | | | | | | |
| ¹⁵ | | | | | | | | | | |
| ¹⁶ | | | | | | | | | | |
| ¹⁷ | | | | | | | | | | |
| ¹⁸ | | | | | | | | | | |
| ¹⁹ | | | | | | | | | | |

| ¹ Income/Gain Codes: (See Col. B1 & D4) | A = $1,000 or less | B = $1,001 to $2,500 | C = $2,501 to $5,000 | D = $5,001 to $15,000 |
|---|---|---|---|---|
| | E = $15,001 to $50,000 | F = $50,001 to $100,000 | G = $100,001 to $1,000,000 | H = More than $1,000,000 |
| ² Value Codes: (See Col. C1 & D3) | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |
| ³ Value Method Codes: (See Col. C2) | Q = Appraisal | R = Cost (real estate only) | S = Assessment | T = Cash/Market |
| | U = Book Value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Steven J. McAuliffe | Date of Report<br>September 9,<br>1992 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

<u>1/</u> Income accumulates and is not distributed

<u>2/</u> Aggregated

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____ 9, 1992

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

CONFIDENTIAL FINANCIAL STATEMENT

NET WORTH

Provide a complete, current financial net worth statement which itemized in detail all assets (including bank accounts, real estate, securities, trust, investments, and other financial holdings) all liability (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 6,000 | Notes payable to banks -- secured | $ -0- |
| U.S. Government securities -- add schedule | See Below Other 1. | Notes payable to banks -- unsecured | $ -0- |
| Listed securities -- add schedule | See Below Other 1. | Notes payable to relatives | $ -0- |
| Unlisted securities -- add schedule | See Below Other 1. | Notes payable to others | $ -0- |
| Accounts and notes receivable: Due from relatives and friends Due from others Doubtful | $ 30,000 | Accounts and bills due | $ -0- |
| | | Unpaid income tax | $ -0- |
| Real estate owned -- [Schedule A] add schedule | $ 620,000 | Other unpaid tax and interest | $ -0- |
| Real estate mortgages receivable | $ 167,200 | | |
| Autos and other personal property | $ 130,000 | Real estate mortgages payable add schedule | $ 90,000 |
| Cash value -- life insurance | None (Term) | Chattel mortgages and other liens payable | $ |
| Other assets -- itemize: 1. State Street Bank Agency Account (Stocks, Bonds, Funds, etc.) (See attached Disclosure Report SS VII) | $ 240,000 | Other debts -- itemize: 1. Mastercard | $ 4,306.25 |
| | | 2. Visa | $ 1,776.90 |
| 2. Insurance Benefit Receivable | $ 56,778 | 3. Mastercard | $ 2,660.56 |
| 3. IRA | $ 43,000 | 4. Auto Lease (amount remaining on three year lease with option) | $ 3,150.00 |
| 4. Profit Sharing Plan | $ 84,417 | 5. Tuition '92-'93 | $ 7,000.00 |
| 5. Stock | $ 6,000 | | |
| 6. Deferred Compensation Entitlement | $ 140,000 | | |
| 7. 1984 Piper Saratoga Airplane (25%) | $ 25,000 | | |
| 8. 1940 B3H Airplane [¼ Interest] | $ 42,000 | | |
| 9. 1989 Four Winns Motorboat [¼ Interest] | $ 4,000 | | |
| 10. Annuities (including future entitlement of my children) | $>1,000,000 | | |
| 11. CMD Partnership [Illiquid] | $ -0- | Total Liabilities | $ 108,893.71 |
| 12. UTP Partnership [Illiquid] | $ -0- | Net Worth | $>2,485,501.29 |
| Total Assets | $>2,594,395 | Total Liabilities and Net Worth | $>2,594,395.00 |

Digitized by Google